UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18-cv-162-FDW

| | |
|---|---|
| MARCUS A. THORPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ANITA J. GOWANS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on periodic status review of the case.

On April 2, 2019, the United States Marshals Service was ordered to attempt to serve **Defendant Gowans** in accordance with Rule 4 of the Federal Rules of Civil Procedure. (Doc. No. 25). The U.S. Marshals Service was instructed to use all reasonable efforts to locate and obtain personal service on this Defendant and, if it was unable to obtain service, to inform the Court of its reasonable attempts to do so. (Id.). No summons has been returned with regards to Defendant Gowans to date.

Within 14 days of this Order, the U.S. Marshals Service shall file a Response informing the Court of the status of its efforts to serve Defendant Gowans in accordance with the April 2, 2019, Order.

**IT IS THEREFORE ORDERED that:**

(1) The U.S. Marshal shall file a Response within **fourteen (14)** days of this Order informing the Court of the status of its efforts to serve Defendant Gowans.

(2) The Clerk of Court is respectfully instructed to mail a copy of this Order to the U.S. Marshal.

1

Signed: June 4, 2019

Frank D. Whitney
Chief United States District Judge