IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL CASE NO. 5:18-cv-00162-MR

| | |
|---|---|
| MARCUS A. THORPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ANITA J. GOWANS, et al., ) | **ORDER** |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Consent Motion for Extension of Time to Complete Discovery and File Dispositive Motions filed by Defendants Anita J. Gowans, Derrick Copeland, David J. Davis, Christopher Johnson, Joshua T. Quinn, John F. Snyder, Nathan E. Wyatt, Curtis D. Sauberan, and Robert J. Virtue (the "Moving Defendants") [Doc. 49].[1]

The Moving Defendants seek a fifth extension of the deadlines to complete discovery and file dispositive motions. The Moving Defendants indicate that they intend to serve their discovery responses today, and that North Carolina Prisoner Legal Services ("NCPLS"), which was appointed to

---

[1] Defendants Phillip A. Carswell and David A. Stephens were served but did not answer the Complaint. [See Docs. 15-16].

represent Plaintiff in this matter for purposes of discovery, require time to review the responses and documents and may have requests for supplementation. NCPLS consents to the extension. [See Doc. 49 at 2]. The Moving Defendants' Motion will be granted for good cause shown. No further extensions of these deadlines will be granted except on a showing of extraordinary circumstances.

**IT IS, THEREFORE, ORDERED** that Moving Defendants' Consent Motion for Extension of Time to Complete Discovery and File Dispositive Motions [Doc. 49] is **GRANTED**, and the parties shall have until April 6, 2021 to complete discovery and until May 17, 2021 to file dispositive motions. No further extensions of these deadlines will be granted except on a showing of extraordinary circumstances.

**IT IS SO ORDERED.**

Signed: March 6, 2021

Martin Reidinger
Chief United States District Judge