IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL CASE NO. 5:18-cv-00162-MR

| | |
|---|---|
| MARCUS A. THORPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ) | |
| DERRICK COPELAND, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's "Request in Receiving a Copy of My Response to Discovery," [Doc. 91], which the Court construes as a motion for copies.

Pro se Plaintiff Marcus A. Thorpe ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Maury Correctional Institution in Maury, North Carolina. He filed this action pursuant to 28 U.S.C. § 1983 in October 2018. [Doc. 1]. Recently, Plaintiff declined appointed counsel and decided to proceed to trial in this matter pro se. [Docs. 86, 87]. The trial is set to begin on March 31, 2023. [1/30/2023 Docket Entry].

Now before the Court is Plaintiff's motion for copies in which he requests "a copy of the response that [he] filed to the discovery that was

produced to the courts." [Doc. 91]. The Court will deny Plaintiff's motion. In accordance with procedure, Plaintiff's discovery responses were not filed with the Court. As such, the Court does not have access to the documents Plaintiff seeks. Moreover, even if the Court had the requested documents, Plaintiff failed to include payment for the copies he requests. A litigant is ordinarily required to pay his own litigation expenses, even if he is indigent. See United States v. MacCollom, 426 U.S. 317, 321 (1976) ("The established rule is that the expenditure of public funds is proper only when authorized by Congress...."). The Court is not a copying service. Should Plaintiff need copies of documents filed in the docket in this matter, he may pay for the copies he seeks at the standard rate of $.50 per page. See https://www.ncwd.uscourts.gov/court-fees. The Court will, however, instruct the Clerk to provide the Plaintiff with a copy of the current docket sheet as a courtesy.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion [Doc. 91] is **DENIED**.

The Clerk is respectfully instructed to send Plaintiff a copy of the docket sheet in this matter.

**IT IS SO ORDERED.**

Signed: March 6, 2023

Martin Reidinger
Chief United States District Judge